United States District Court
Southern District of Texas
FILED

NOV - 3 2010

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. 7:10-mj-02846-3 |
| | § | |
| JOSUEE SOLIS | § | |

### ORDER SETTING HEARING

On this the 3d day of November, 2010, the foregoing Motion for Reconsideration of Conditions of Release, was submitted to the Court for hearing.

IT IS, THEREFORE, ORDERED that this matter be set for a Hearing on the 4th day of November, 2010, at 3:00 p.m. o'clock .m.

DONE AND ENTERED this 3d day of November, 2010.

_____
UNITED STATES ~~DISTRICT JUDGE~~
Magistrate